■ B. & C. Steel Erectors, Inc., Appellant, v. Richard A. Valent, Respondent.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ Anthony J. Fernicola, Respondent, v. Farrar, Straus and Cudahy, Inc., Appellant, et al., Defendant.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

[27 Misc 2d 565.]

■ Nellie C. Crawford, Respondent, v. Town of Hamburg, Appellant.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of Robert Maletto.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.